IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREATER OMAHA PACKING COMPANY, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, C&A TRANSPORTATION LOGISTICS, INC.,<br><br>            Defendants. | 4:12CV3054<br><br>**INITIAL PROGRESSION ORDER** |

IT IS ORDERED:

1) A telephonic conference with the undersigned magistrate judge will be held on **September 18, 2012** at **11:00 a.m.** to discuss the status of case progression, any anticipated or filed motions to name additional parties, the current status of the parties' settlement discussions, and further case scheduling. Counsel for the plaintiff shall place the call.

2) Mandatory disclosures shall be served by August 23, 2012.

August 9, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge