IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREATER OMAHA PACKING COMPANY, INC.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,  C&AMP;A TRANSPORTATION LOGISTICS, INC.,<br><br>                    Defendants. | 4:12CV3054<br><br>**MEMORANDUM AND ORDER** |

The parties' motion to extend deadlines, (Filing No. 65), is granted in part as follows:

1)      The case progression schedule deadlines are stayed for two weeks pending the parties' attempt to finalize their settlement.

2)      A telephonic conference before the undersigned magistrate judge will be held on June 11, 2013 at 9:00 a.m. to discuss the status of the parties' settlement discussions.  Counsel for plaintiff shall place the call.  This conference call will be cancelled if the parties file their joint stipulation for dismissal prior to the scheduled call.

May 15, 2013.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge